IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CHOICE HOTELS INTERNATIONAL, INC.,** : <br> a Delaware corporation, : <br> 1 Choice Hotels Circle, Suite 400 : <br> Rockville, MD 20850 : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **VEERU DHILLON** : <br> 16 Fingal St. : <br> Staten Island, NY 10312 : <br> : <br> : <br> Defendant. : | Case No.: _____ |

## COMPLAINT FOR CONFESSED JUDGMENT

Plaintiff Choice Hotels International, Inc. ("Choice"), by and through its attorney, Zachary E. Berge, Esq., sues and confesses judgment against Defendant Veeru Dhillon, ("Defendant"), and as grounds for its action states as follows:

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332(a)(1), this being an action between citizens of different states and the amount in controversy being in excess of $75,000.00, exclusive of interest and costs. The Court has jurisdiction over Defendant pursuant to 28 U.S.C. §1332(a)(1) and Ann. Code Md., C.J., §6-103(b)(1), Defendant having transacted business in Maryland with Choice. Venue is proper in the District of Maryland pursuant to 28 U.S.C. §1391(b).

2. Choice is incorporated in Delaware and has its principal place of business at 1 Choice Hotels Circle, Suite 400, Rockville, MD 20850.

3. On information and belief, Defendant is an individual who at all times relevant to these proceedings was, and currently is, a citizen of New York. Based upon information, knowledge, and belief, Defendant is neither employed in nor resides in Maryland or Delaware.

4. On or about February 29, 2019, Choice and Defendant entered into a Settlement and Release Agreement in connection with monies owed to Choice by Defendant pursuant to two franchise agreements between the parties (the "Settlement Agreement"). A copy of the Settlement Agreement is attached as Exhibit 1.

5. Defendant also executed a promissory note in the principal amount of $180,000 as part of the Settlement Agreement (the "Promissory Note"). A copy of the Promissory Note is attached as Exhibit 2.

6. Pursuant to the terms of the Promissory Note, if Defendant executed two new franchise agreements (the "New Franchise Agreements") for the construction and operation of two new hotels (the "New Hotels"), and thereafter began renting sleeping rooms to the public at the New Hotels in accordance with the terms set forth in the New Franchise Agreements, then the Promissory Note would be marked "paid" and returned to Defendant.

7. Defendant executed the New Franchise Agreements but failed to begin construction of the New Hotels by the deadline set forth in the New Franchise Agreements.

8. Consequently, Defendant is in default of the Settlement Agreement and the Promissory Note for his failure to begin renting sleeping rooms to the public at the New Hotels as required by the New Franchise Agreements.

9. In accordance with the terms of the Promissory Note, upon default of the Promissory Note, Defendant became liable for immediate payment of the principal amount of the Promissory Note, less any payments, plus interest at the rate of 10% per annum from the date of

default until all amounts are paid in full.

10. The Promissory Note provides that, in the event interest or principal are not paid when due, authority is given to an attorney-at-law to appear on behalf of Defendant in any court and waive the issuance and service of process, and to further confess a judgment against Defendant in favor of Choice for such amount as may be unpaid, and to further release all errors and waive all rights of appeal.

11. There remains due and owing to Choice on the Promissory Note the principal unpaid balance of $180,000, plus interest at the rate of 10% per annum from February 28, 2021 through April 30, 2023, in the amount of $39,600, plus additional interest at the rate of 10% per annum from May 1, 2023, until paid.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

A. GRANT Plaintiff's Complaint for Confessed Judgment against Defendant Veeru Dhillon.

B. Enter a JUDGMENT BY CONFESSION against Defendant, individually, jointly and severally, in the amount of Two Hundred Nineteen Thousand Six Hundred Dollars ($219,600), comprising outstanding principal in the amount of $180,000, and interest accrued through April 30, 2023, in the amount of $39,600.

C. GRANT Plaintiff an award as and for continuing interest at the rate of 10% per annum from April 1, 2023, until all amounts are paid.

D. GRANT Plaintiff court costs in the amount of Four Hundred Dollars ($400.00), and

E. GRANT Plaintiff such other and further relief as may be just and proper.

Respectfully submitted,

_____
Zachary E. Berge, Esq.
1 Choice Hotels Circle, Suite 400
Rockville, MD 20850
301-628-5854
zachary.berge@choicehotels.com

Attorney for Plaintiff
Choice Hotels International, Inc.